United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA et al,        No C 04-0807 VRW
12           Plaintiffs,                        ORDER
13           v
14   ORACLE CORPORATION,
15           Defendant.
16   _____/
17
18           The civil minutes from June 2, 2004, are amended to
19   read "Witness Conway to be available June 29th and 30th if under
20   subpoena."  Doc # 220.
21
22           IT IS SO ORDERED.
23
24           Date: 6/2/2004              _____/S/_____
25                                       VAUGHN R WALKER
26                                       United States District Judge
27
28