UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

_____

**Date: June 23, 2004**
**Judge: VAUGHN R. WALKER**
**Courtroom Deputy: Cora Delfin**
**Court Reporter: Leo Mankiewicz and Jeanne Bishop**

Case Number: **C 04-0807 VRW**
Case Title: **United States of America, et al -v- Oracle Corporation**

Attorneys: Pla:  Claude F. Scott, Phillip Malone
                Def:  Daniel Wall, Gregory Lindstrom. R Thomas Rosch

COURT TRIAL BEGAN: June 7, 2004
TRIAL CONCLUDED:

Proceeding:
Court trial continued.
Witnesses:   Richard Knowles, Douglas Burgum

OTHER : Plaintiff's motion to file documents under seal. Defendant reserves review of the documents.

Exhibits: Plaintiff's 69exhibits (Peoplesoft) admitted into evidence marked as Court A. P3150, P3152, P81R, P2533R, P2640R,P3187,P3249(under seal),P3250(under seal)
D5641R,  D5649R, D5646 (subject to osc), D5636, D5637, D5324R, D5326, D5326R, D5332R, D5338R, D5339, D5340R, D5341, D5341R, D5343R, D5379R, D5387R, D5391, D5392, D5392R, D5822R