IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al, | No CV 04-0807   VRW |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v | |
| ORACLE CORPORATION, | |
| Defendant. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Oracle Corporation.

Dated: December 8, 2004                                              Richard W Wieking, Clerk

                                                                                         By:  /s/ Cora Delfin
                                                                                                 Deputy Clerk