UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America,
Plaintiffs

v.

Oracle Corp.
Defendants

C-04-0807 VRW

FILED
09 SEP 11 PM 2:23
[clerk stamp] U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Under 18 USC 3771 (d)(1)
Motion For Right to be heard under the Crime victims Right Act

Comes Now, Jonathan Lee Riches d/b/a Salah Ezzedine moves this Honorable court to be heard under the Crime victims Rights act, under 18 USC 3771 (d)(1), I am a victim in this case from the oracle corp and I have a constitutional Right to be heard. The oracle corp aided and abetted in my Identity theft crimes that I'm now serving in federal prison for, 125 months to be exact. The oracle corp and peoplesoft software was used in my Apple G4 computer in 2004 to make fraudulent Identifications and Fraudulent social security cards, not only that, but in July 2002 I was having problems using my oracle software, so I called their troubleshooting customer service Hotline, and told oracle corp employees that I needed help utilizing and working my software because I need it to print checks and to organize against my Identity theft victims, on the phone I spoke with Pablo who worked for oracle, but told me he was a illegal immigrant forced to work for oracle in a sweat shop operation where oracle sends computer drones to fly south of the border to illegally kidnap Mexicans and force them to work for oracle undocumented to avoid paying the workers minimum wage. Pablo begged me to make him a Fraudulent I.D so he can escape the Evil wrath of the oracle corp company, not only that, but Pablo had access to all personel's personal Information that worked for oracle. Pablo gave me the Date of Birth and social security # of Larry Ellison, oracles founder, so I can get me and Pablo credit cards in Ellison's name to buy Greyhound bus tickets to get out of Dodge and Pablo wanted me to Ruin Ellison's credit, so oracle won't have credit and Financial backing to Anti-trust and buy more companies. Oracle corp has caused me unwanted stress and anxiety. I've suffered so much trauma from oracle that I'm now receiving mental health treatment at a federal medical center in Lexington Kentucky, I move for a teleconference hearing so I can present Ellison's credit report and copies of his birth certificate which I have in my possession. I pray this court will grant my motion for relief

respectfully,
[signature]
9-7-09

Jonathan Lee Riches d/b/a Salah Ezzedine
#40948018
Federal medical center
P.O. Box 14500
Lexington, KY 40512

859-255-6812

Jonathan Lee Riches
#40948-018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

LEXINGTON KY 405
08 SEP 2009 PM 2 T

9410 2+3661

United States District Court
Northern District of California
Clerk of Court
450 Golden Gate Ave
San Francisco, California 94102

USA FIRST-CLASS FOREVER