IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA et al,        No C 04-0807 VRW

    Plaintiffs,                                    ORDER

    v

ORACLE CORPORATION,

    Defendant.

_____/

    Jonathan Lee Riches moves to be heard under the Crime Victims' Rights Act, 18 USC § 3771. Doc #468. Because the above-captioned case is civil, not criminal, 18 USC § 3771 has no application. Accordingly, the motion is DENIED.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge